JOSEPH J. TABACCO, JR.  #75484
Email:  jtabacco@bermandevalerio.com
NICOLE LAVALLEE  #165755
Email:  nlavallee@bermandevalerio.com
LESLEY HALE #237726
Email:  lhale@bermandevalerio.com
**BERMAN DeVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:  (415) 433-3200
Facsimile:   (415) 433-6382

*Liaison Counsel for Lead Plaintiff and the Class*

THOMAS A. DUBBS (admitted *pro hac vice*)
Email:  tdubbs@labaton.com
JOSEPH A. FONTI (admitted *pro hac vice*)
Email:  jfonti@labaton.com
STEPHEN W. TOUNTAS (admitted *pro hac vice*)
Email:  stountas@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiff New Mexico State Investment Council and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **In re BROADCOM CORPORATION CLASS ACTION LITIGATION** | Lead Case No.: CV-06-5036-R (CWx) |
| | **FINAL JUDGMENT** |

[PROPOSED] FINAL JUDGMENT

1  THIS CAUSE is before the Court upon the separately entered Order granting
2 the motion to dismiss filed by Ernst & Young LLP ("EY") (Docket No. 280).  This
3 Court expressly determines pursuant to Fed. R. Civ. P. 54(b) that there is no just
4 reason for delaying entry of final judgment as to EY, and therefore directs the entry
5 of final judgment regarding all claims asserted in this matter against EY pursuant
6 to Fed. R. Civ. P. 54(b).

7  Accordingly, it is hereby **ORDERED AND ADJUDGED** that final
8 judgment is entered on behalf of EY, and against Lead Plaintiff New Mexico State
9 Investment Council.

11 Dated:  March 31, 2009

**IT IS SO ORDERED.**

By _____

Hon. Manuel Real

United States District Judge

[PROPOSED] FINAL JUDGMENT