JOSEPH J. TABACCO, JR.  #75484
Email:  jtabacco@bermandevalerio.com
NICOLE LAVALLEE  #165755
Email:  nlavallee@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile:   (415) 433-6382

*Liaison Counsel for Lead Plaintiff New Mexico
State Investment Council and the Class*

THOMAS A. DUBBS (admitted *pro hac vice*)
Email: tdubbs@labaton.com
JOSEPH A. FONTI (admitted *pro hac vice*)
Email: jfonti@labaton.com
STEPHEN W. TOUNTAS (admitted *pro hac vice*)
Email:  stountas@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiff New Mexico
State Investment Council and the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| In re BROADCOM CORPORATION CLASS ACTION LITIGATION | Lead Case No.:  CV-06-5036-R (CWx)<br><br>**ORDER DENYING OBJECTION AND REQUIRING APPEAL BOND**<br><br>**Honorable Manuel L. Real** |

**WHEREAS:**

A.  As of April 30, 2010, Lead Plaintiff, New Mexico State Investment Council ("Lead Plaintiff"), acting on behalf of itself and the Settlement Class, entered into a Stipulation and Agreement of Settlement With Broadcom Defendants (the "Stipulation") with the Settling Defendants in these consolidated actions (the "Litigation").

B.  Pursuant to the Preliminary Approval Order Providing for Notice and Hearing in Connection With Proposed Class Action Settlement With Broadcom Defendants, entered June 1, 2010 (the "Preliminary Approval Order"), the Court scheduled a hearing for August 2, 2010, at 10:00 a.m. (the "Settlement Hearing") to, *inter alia*: (a) determine whether the proposed settlement of the Litigation on the terms and conditions provided for in the Stipulation is fair, reasonable and adequate, and should be approved by the Court; (b) determine whether the proposed Plan of Allocation should be approved; and (c) determine whether Lead Counsel should be awarded attorneys' fees and reimbursement of expenses.

C.  The Court ordered that the Notice and the Summary Notice be disseminated to Class Members.  Any objections to the Settlement or request for attorneys' fees were required to be filed with the Court and served on counsel for the Settling Parties by July 16, 2010.

D.  The Court has received one objection, "Objection of Smokestack Lightening Ltd 'Marisco' to Proposed Settlement and Notice of Intent to Appear," Docket No. 348 (the "Objection").

E.  This Court has duly considered the Lead Plaintiff's motion for approval of the Settlement, Lead Counsel's motion for attorneys' fees and reimbursement of expenses, the affidavits, declarations and memorandum of law submitted in support thereof, the Objection and all of the submissions and arguments presented.

1  NOW, THEREFORE, after due deliberation, IT IS ORDERED,
2 ADJUDGED AND DECREED that:
3   1.   This Order incorporates by reference the definitions in the Stipulation,
4 and all capitalized terms used herein shall have the same meanings as set forth in
5 the Stipulation.
6   2.   The Objection is overruled in its entirety.
7   3.   If Smokestack Lightening Ltd "Marisco" appeals from the denial of
8 its Objection, it will be required to post a $10,000 bond, pursuant to Fed. R. App.
9 P. 7.
10
11 Dated: August 11, 2010

_____
Honorable Manuel L. Real
UNITED STATES DISTRICT JUDGE