Darrell Palmer (SBN 125147)
Janine R. Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email:  darrell.palmer@palmerlegalteam.com

Attorney for Objector Smokestack Lightening Ltd "Marisco"

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

In Re BROADCOM CORPORATION CLASS ACTION LITIGATION

Case No. 06-cv-5036-R (CWx)
(Lead Case)

**NOTICE OF APPEAL**

　　Notice is hereby given that Smokestack Lightening Ltd "Marisco", Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Objection and Requiring Appeal Bond [356] entered in this action on August 11, 2010.  Copies of the Orders are attached hereto.

Dated:  September 10, 2010            By: ____/s/ Darrell Palmer_____
                                          Darrell Palmer
                                          Attorney for Objector,
                                          Smokestack Lightening Ltd "Marisco"

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2010, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system, to wit:

**Counsel for Plaintiff Sonam Bakshi**

| | |
|---|---|
| David M. Cuppage | dmcupp@climacolaw.com |
| John R. Climaco | jrclim@climacolaw.com |
| Scott D. Simpkins | sdsimp@climacolaw.com |
| Jules Brody | jbrody@ssbny.com |
| Lewis S. Kahn | lewis.kahn@kgscounsel.com |
| Michael D. Braun | service@braunlawgroup.com |
| Patrice L. Bishop | service@ssbla.com |
| Peter E. Borkon | peterb@hbsslaw.com |
| Robert C. Schubert | rschubert@schubert-reed.com |
| Willem F. Jonckheer | wjonckheer@schubertlawfirm.com |

**Counsel for Plaintiff New Mexico State Investment Council**

| | |
|---|---|
| Alan I. Ellman | aellman@labaton.com |
| Christopher J. Keller | ckeller@labaton.com |
| Joseph A. Fonti | jfonti@labaton.com |
| Michael H. Rogers | mrogers@labaton.com |
| Stephen W. Tountas | stountas@labaton.com |
| Thomas A. Dubbs | tdubbs@labaton.com |
| Nicole M. Zeiss | nzeiss@labaton.com |
| Andrei V. Rado | arado@milberg.com |
| Lionel Z. Glancy | lglancy@glancylaw.com |
| Michael M. Goldberg | mmgoldberg@glancylaw.com |
| Nicole Lavallee | nlavallee@bermandelvaerio.com |

**Counsel for Plaintiffs Bakers Local No. 433 Pension Fund, Minnesota Bakers Union Pension Fund and Twin Cities Bakery Drivers Pension Fund**

| | |
|---|---|
| Marc M. Seltzer | mseltzer@susmangodfrey.com |
| Samuel D. Heins | sheins@heinsmills.com |
| Stacey L. Mills | smills@heinsmills.com |

**Counsel for Movant Justin Shenkarow**
Jules Brody            jbrody@ssbny.com
Patrice L. Bishop      service@ssbla.com

**Counsel for Movant State Teachers Retirement System of Ohio**
Joseph J. Tabacco, Jr.   jtabacco@bermandevalerio.com
Julie Juhyun Bai         jbai@bermandevalerio.com
Nicole Lavallee          nlavallee@bermandelvaerio.com

**Counsel for Defendant Henry Samueli**
Charles E. Weir        cweir@mwe.com
Gordon A. Greenberg    ggrenberg@mwe.com

**Counsel for Defendant William J. Ruehle**
Richard Marmaro        rmarmaro@skadden.com

**Counsel for Defendant Broadcom Corporation and Consol Defendant George L. Farinsky**
Daniel P. Lefler         dlefler@irell.com
David Siegel             dsiegel@irell.com
Garland Aycuff Kelley    gkelley@irell.com
Glenn K. Vanzura         gvanzura@irell.com
Layn R. Phillips         lphillips@irell.com

**Counsel for Consol Defendant David A. Dull**
Seth A. Aronson          saronson@omm.com
Amy J. Longo             alongo@omm.com
J. Jorge DeNeve          jdeneve@omm.com
Katherin L. Buchanan     kbuchanan@omm.com

**Counsel for Consol Defendant Alan E. Ross and Werner F. Wolfen**
Karen S. Chen            karen.chen@dlapiper.com
Noah A. Katsell          karen.chen@dlapiper.com
Shirli Fabbri Weiss      shirli.weiss@dlapiper.com

I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following participants at the mailing addresses listed.

**Counsel for Plaintiff New Mexico State Investment Council:**
Glenn R. Smith
Office of Attorney General State of New Mexico
111 Lomas NW, Suite 300
Albuquerque, NM 98102

Patricia A. Madrid
Zachary Shandler
Office of Attorney General State of New Mexico
408 Galisteo Street
Santa Fe, NM 87501

**Counsel for Plaintiff Sonam Bakshi:**
Juden Justice Reed
Schubert and Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111

By ___/s/ Darrell Palmer____
Darrell Palmer