Darrell Palmer (SBN 125147)
Janine R. Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email:  darrell.palmer@palmerlegalteam.com

Attorney for Objector/Appellant Smokestack Lightening Ltd "Marisco"

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| In Re BROADCOM CORPORATION CLASS ACTION LITIGATION | ) Case No. 06-cv-5036-R (CWx)<br>) (Lead Case)<br>)<br>) **STATEMENT OF ISSUES ON**<br>) **APPEAL 10-56436**<br>)<br>) |

_____

With its order of the transcript from the August 2, 2010 hearing before the trial court, Appellant Smokestack Lightening Ltd "Marisco" files the following statement of the issues that it intends to raise on appeal:

1.      The de minimus provision is unfair to class members with small claims.  As more claims are filed, each class member's pro rata share decreases making it less likely they will receive compensation;

2.      The reasonableness of the requested attorney fees.  Does the attorney fee application sufficiently support the claimed lodestar amount.  The fees were approved without providing the class adequate opportunity to review the details of the fee application prior to the objection deadline.  Should the court have examined the attorney time records in order to fulfill its mandated fiduciary duties to the class?  Was the multiplier reasonable?

1

3.      Did the fee application comply with the guidelines set forth in *In re: Mercury Interactive Corp. Securities Litigation* (August 18, 2010, 08-17372) ___ Cal.App.4th ___.


Dated:   September 24, 2010          By:  _____/s/ Darrell Palmer_____
                                         Darrell Palmer
                                     Attorney for Objector/Appellant,
                                     Smokestack Lightening Ltd "Marisco"

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2010, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system, to wit:

**Counsel for Plaintiff Sonam Bakshi**

| | |
|---|---|
| David M. Cuppage | dmcupp@climacolaw.com |
| John R. Climaco | jrclim@climacolaw.com |
| Scott D. Simpkins | sdsimp@climacolaw.com |
| Jules Brody | jbrody@ssbny.com |
| Lewis S. Kahn | lewis.kahn@kgscounsel.com |
| Michael D. Braun | service@braunlawgroup.com |
| Patrice L. Bishop | service@ssbla.com |
| Peter E. Borkon | peterb@hbsslaw.com |
| Robert C. Schubert | rschubert@schubert-reed.com |
| Willem F. Jonckheer | wjonckheer@schubertlawfirm.com |

**Counsel for Plaintiff New Mexico State Investment Council**

| | |
|---|---|
| Alan I. Ellman | aellman@labaton.com |
| Christopher J. Keller | ckeller@labaton.com |
| Joseph A. Fonti | jfonti@labaton.com |
| Michael H. Rogers | mrogers@labaton.com |
| Stephen W. Tountas | stountas@labaton.com |
| Thomas A. Dubbs | tdubbs@labaton.com |
| Nicole M. Zeiss | nzeiss@labaton.com |
| Andrei V. Rado | arado@milberg.com |
| Lionel Z. Glancy | lglancy@glancylaw.com |
| Michael M. Goldberg | mmgoldberg@glancylaw.com |
| Nicole Lavallee | nlavallee@bermandelvaerio.com |

**Counsel for Plaintiffs Bakers Local No. 433 Pension Fund, Minnesota Bakers Union Pension Fund and Twin Cities Bakery Drivers Pension Fund**

| | |
|---|---|
| Marc M. Seltzer | mseltzer@susmangodfrey.com |
| Samuel D. Heins | sheins@heinsmills.com |
| Stacey L. Mills | smills@heinsmills.com |

3

**Counsel for Movant Justin Shenkarow**

| | |
|---|---|
| Jules Brody | jbrody@ssbny.com |
| Patrice L. Bishop | service@ssbla.com |

**Counsel for Movant State Teachers Retirement System of Ohio**

| | |
|---|---|
| Joseph J. Tabacco, Jr. | jtabacco@bermandevalerio.com |
| Julie Juhyun Bai | jbai@bermandevalerio.com |
| Nicole Lavallee | nlavallee@bermandelvaerio.com |

**Counsel for Defendant Henry Samueli**

| | |
|---|---|
| Charles E. Weir | cweir@mwe.com |
| Gordon A. Greenberg | ggrenberg@mwe.com |

**Counsel for Defendant William J. Ruehle**

| | |
|---|---|
| Richard Marmaro | rmarmaro@skadden.com |

**Counsel for Defendant Broadcom Corporation and Consol Defendant George L. Farinsky**

| | |
|---|---|
| Daniel P. Lefler | dlefler@irell.com |
| David Siegel | dsiegel@irell.com |
| Garland Aycuff Kelley | gkelley@irell.com |
| Glenn K. Vanzura | gvanzura@irell.com |
| Layn R. Phillips | lphillips@irell.com |

**Counsel for Consol Defendant David A. Dull**

| | |
|---|---|
| Seth A. Aronson | saronson@omm.com |
| Amy J. Longo | alongo@omm.com |
| J. Jorge DeNeve | jdeneve@omm.com |
| Katherin L. Buchanan | kbuchanan@omm.com |

**Counsel for Consol Defendant Alan E. Ross and Werner F. Wolfen**

| | |
|---|---|
| Karen S. Chen | karen.chen@dlapiper.com |
| Noah A. Katsell | karen.chen@dlapiper.com |
| Shirli Fabbri Weiss | shirli.weiss@dlapiper.com |

4

I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following participants at the mailing addresses listed.

**<u>Counsel for Plaintiff New Mexico State Investment Council</u>:**
Glenn R. Smith
Office of Attorney General State of New Mexico
111 Lomas NW, Suite 300
Albuquerque, NM 98102

Patricia A. Madrid
Zachary Shandler
Office of Attorney General State of New Mexico
408 Galisteo Street
Santa Fe, NM 87501

**<u>Counsel for Plaintiff Sonam Bakshi</u>:**
Juden Justice Reed
Schubert and Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111


By ____/s/ Darrell Palmer_____
Darrell Palmer

5