**FILED**

UNITED STATES COURT OF APPEALS

SEP 23 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEW MEXICO STATE INVESTMENT COUNCIL, Lead Plaintiff, <br><br> Plaintiff - Appellee, <br><br> and <br><br> SONAM BAKSHI, individually and on behalf of all others similarly situated; et al., <br><br> Plaintiffs, <br><br> and <br><br> BROADCOM CORPORATION, <br><br> Defendant - Appellee, <br><br> v. <br><br> SMOKESTACK LIGHTENING LTD "MARISCO", <br><br> Objector - Appellant, <br><br> and <br><br> HENRY SAMUELI; et al., <br><br> Defendants, | No. 10-56435 <br><br> D.C. No. 2:06-cv-05036-R <br> Central District of California, <br> Los Angeles <br><br>  <br> RECEIVED <br> CLERK, U.S. DISTRICT COURT <br> OCT 1 8 2010 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |

lc/MOATT

and

JUSTIN SHENKAROW; et al.,

      Movants.

---

NEW MEXICO STATE INVESTMENT COUNCIL, Lead Plaintiff,

      Plaintiff - Appellee,

and

SONAM BAKSHI, individually and on behalf of all others similarly situated; et al.,

      Plaintiffs,

and

BROADCOM CORPORATION,

      Defendant - Appellee,

v.

SMOKESTACK LIGHTENING LTD "MARISCO",

      Objector - Appellant,

and

HENRY SAMUELI; et al.,

No. 10-56436

D.C. No. 2:06-cv-05036-R
Central District of California,
Los Angeles

ORDER

|  |
|---|
| Defendants, <br><br> and <br><br> JUSTIN SHENKAROW; et al., <br><br> Movants. |

The court consolidates these appeals. Appeal Nos. 10-56435 and 10-56436 are consolidated.

A review of this court's docket reflects that the filing and docketing fees for these consolidated appeals remain due. Within 21 days after the date of this order, appellant shall pay to the district court the $455.00 filing and docketing fees for **each** appeal and file in this court proof of such payment. Failure to pay the fees shall result in the automatic dismissal of these appeals by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

If appellant pays the filing fees, the following briefing schedule shall govern these consolidated appeals: the consolidated opening brief and excerpts of record are due February 22, 2011; the consolidated answering brief is due March 24, 2011; and the consolidated optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lisa Calero
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

lc/MOATT                                3