# FILED

UNITED STATES COURT OF APPEALS

OCT 18 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEW MEXICO STATE INVESTMENT COUNCIL, Lead Plaintiff,<br><br>               Plaintiff - Appellee,<br><br>  and<br><br>SONAM BAKSHI, individually and on behalf of all others similarly situated; et al.,<br><br>               Plaintiffs,<br><br>  and<br><br>BROADCOM CORPORATION,<br><br>               Defendant - Appellee,<br><br>  v.<br><br>SMOKESTACK LIGHTENING LTD "MARISCO",<br><br>               Objector - Appellant,<br><br>  and<br><br>HENRY SAMUELI; et al.,<br><br>               Defendants, | No. 10-56435<br><br>D.C. No. 2:06-cv-05036-R<br>Central District of California,<br>Los Angeles<br><br> |

lc/MOATT

and

JUSTIN SHENKAROW; et al.,

        Movants.

---

NEW MEXICO STATE INVESTMENT COUNCIL, Lead Plaintiff,

        Plaintiff - Appellee,

  and

SONAM BAKSHI, individually and on behalf of all others similarly situated; et al.,

        Plaintiffs,

  and

BROADCOM CORPORATION,

        Defendant - Appellee,

  v.

SMOKESTACK LIGHTENING LTD "MARISCO",

        Objector - Appellant,

  and

HENRY SAMUELI; et al.,

No. 10-56436

D.C. No. 2:06-cv-05036-R
Central District of California,
Los Angeles

ORDER

lc/MOATT             2

Defendants,

and

JUSTIN SHENKAROW; et al.,

Movants.

On September 23, 2010, this court ordered appellant, within 21 days, to pay the filing fees for each of these consolidated appeals. The order warned appellant that failure to pay the fees would result in the automatic dismissal of these consolidated appeals by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, these consolidated appeals are dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lisa Calero
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

lc/MOATT                                3