**FILED**

**NOV 04 2010**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEW MEXICO STATE INVESTMENT COUNCIL, Lead Plaintiff, | No. 10-56435 |
| Plaintiff - Appellee, | D.C. No. 2:06-cv-05036-R-CW<br>Central District of California,<br>Los Angeles |
| and | |
| SONAM BAKSHI, individually and on behalf of all others similarly situated; BAKERS LOCAL NO. 433 PENSION FUND; MINNESOTA BAKERS UNION PENSION FUND; TWIN CITIES BAKERY DRIVERS PENSION FUND, | ORDER  |
| Plaintiffs, | |
| and | |
| BROADCOM CORPORATION, | |
| Defendant - Appellee, | |
| v. | |
| SMOKESTACK LIGHTENING LTD "MARISCO", | |
| Objector - Appellant, | |
| and | |
| HENRY SAMUELI; WILLIAM J. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RJ/MOATT

RUEHLE; DAVID A. DULL; ALAN E. ROSS; WERNER F. WOLFEN; GEORGE L. FARINSKY,

　　　　　Defendants,

 and

JUSTIN SHENKAROW; STATE TEACHERS RETIREMENT SYSTEM OF OHIO; LECG, LLC,

　　　　　Movants.

The court vacates its order filed on October 18, 2010 as issued in error.

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　Molly Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By:　Rachel Jones
　　　　　　　　　　　　　　　　Motions Attorney/Deputy Clerk
　　　　　　　　　　　　　　　　9th Cir. R. 27-7
　　　　　　　　　　　　　　　　General Orders/Appendix A

RJ/MOATT　　　　　　　　　　　　　　　2